(SPACE BELOW FOR FILING STAMP ONLY)

RICHARD S. ROSENBERG, SBN 77948
JEFFREY P. FUCHSMAN, SBN 105651
BALLARD ROSENBERG GOLPER & SAVITT LLP
500 North Brand Boulevard, Twentieth Floor
Glendale, CA  91203-9946
Telephone:  (818) 508-3700
Facsimile:   (818) 506-4827
E-Mail:       rrosenberg@brgslaw.com
                   jfuchsman@brgslaw.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRETT MARTIN,<br><br>         Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, LOCKHEED MARTIN AERONAUTICS COMPANY, MICHELLE HAMMONDS, as an individual, and DOES 1 through 100, Inclusive,<br><br>         Defendants. | CASE NO. CV 10-6547 GW (PJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF LAWSUIT PURSUANT TO STIPULATION OF THE PARTIES**<br><br>Action Filed:    May 28, 2010 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

407929.1

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). The parties are to bear their own costs and attorney' fees.

Dated: March 28, 2011

_____
HONORABLE GEORGE H. WU
United States District Judge

407929.1

1